**Order filed, June 26, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas

————————

### NO. 01-15-00422-CV

### ANHEUSER-BUSCH, L.L.C., Appellant

### V.

### HARRIS COUNTY TAX ASSESSOR-COLLECTOR, Appellee

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case 2013-72388**

---

### ORDER

The reporter's record in this case was due June 15, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Laura C. Higley

Acting individually